

# Case Assignment
## Standard Criminal Assignment

Case number **3:18CR-157-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Designated Magistrate Judge : Magistrate Judge Colin H. Lindsay
Magistrate Judge Code : 44AS

Assigned on 9/19/2018 3:19:36 PM
Transaction ID: 14937

Request New Judge      Return