

FILED
VANESSA L. ARMSTRONG, CLERK

SEP 19 2018

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA     PLAINTIFF

v.     3:18-CR-157-DJH

DEVIN WOOLRIDGE     DEFENDANT

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney David Weiser hereby enters his appearance of record on behalf of the United States of America.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

David Weiser
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 625-7068
FAX: (502) 482-5067
Email: david.weiser@usdoj.gov