# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**VS.**                                    **CRIMINAL ACTION NUMBER: 3:18CR-157-DJH**

**DEVIN WOOLRIDGE**                                                       **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable Colin H. Lindsay, United States Magistrate Judge, and was called in open Court on November 16, 2018, to conduct an initial appearance.

APPEARANCES

| | |
|---|---|
| For the United States: | Alicia P. Gomez, on behalf of David R. Weiser, Assistant United States Attorneys |
| For the defendant: | Defendant, Devin Woolridge - Present and in custody Digitally recorded |
| Court Reporter: | |

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Indictment, was advised of the nature of the charge contained therein, and was advised of his rights. The Court questioned the defendant under oath regarding his ability to afford counsel and found him eligible for appointed counsel. The Court appointed the Office of the Federal Defender to represent defendant.

The United States having moved for the detention of the defendant,

**IT IS HEREBY ORDERED** that this case is scheduled for arraignment proceedings and a detention hearing on **Monday, November 19, 2018 at 4:00 p.m.** before the Honorable Colin H. Lindsay, United States Magistrate Judge. Defendant is remanded to the custody of the United States Marshal pending further order of the Court.

This 16th day of November, 2018    **ENTERED BY ORDER OF THE COURT:**
                                                                                    **COLIN H. LINDSAY**
                                                                                    **UNITED STATES MAGISTRATE JUDGE**
                                                                                    **VANESSA L. ARMSTRONG, CLERK**
                                                                                    **BY: /s/ *Kim Davis* - Deputy Clerk**

Copies: U.S. Attorney
        Counsel for Defendant

10