UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                               Plaintiff,

v.                                               Criminal Action No. 3:18-cr-157-DJH

DEVIN WOOLRIDGE,                                                        Defendant.

\* \* \* \* \*

## **MEMORANDUM OF CONFERENCE AND ORDER**

A telephonic status conference was held in this matter on December 19, 2018, with the following counsel participating:

    For the United States:    David Weiser

    For Defendant:    Don Meier

The Court and counsel discussed the procedural posture of the case.  Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this matter is set for a status conference on **January 7, 2019, at 9:00 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.  Counsel shall notify the Court in advance if they wish to convert the conference to a change-of-plea hearing.

December 19, 2018

*[signature]*

**David J. Hale, Judge**
**United States District Court**

Court Time: 00/05
Court Reporter: Dena Legg

1