UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Filed Electronically)

**CRIMINAL ACTION NO. 3:18CR-157-DJH**
**UNITED STATES OF AMERICA,**                                               **PLAINTIFF,**

vs.

**DEVIN WOOLRIDGE,**                                                                       **DEFENDANT.**

### MOTION TO WITHDRAW

Comes the Federal Defender, appointed counsel for defendant, Devin Woolridge, and moves the Court for leave to withdraw as counsel of record herein. As grounds for said motion, the undersigned states that on January 23, 2019, information came to the attention of the Federal Defender which creates a conflict of interest between defendant and another client of the Federal Defender, thus ethically requiring the Federal Defender to withdraw from Mr. Woolridge's case.

                                              /s/ Donald J. Meier
                                              Assistant Federal Defender
                                              200 Theatre Building
                                              629 Fourth Avenue
                                              Louisville, Kentucky 40202
                                              (502) 584-0525

                                              Counsel for Defendant.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

## CERTIFICATE

  I hereby certify that on January 25, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to David Weiser, Assistant United States Attorney. I also certify that on January 25, 2019, a copy of this motion was served on the defendant by mailing same to Devin Woolridge, Grayson County Jail, 320 Shaw Station Rd., Leitchfield, KY 42755.

                /s/ Donald J. Meier

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

2