UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:18-cr-157-DJH

DEVIN WOOLRIDGE,     Defendant.

\* \* \* \* \*

## ORDER

The Federal Defender having filed a belated motion to withdraw as counsel for Defendant Devin Woolridge, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The motion to withdraw (Docket No. 16) is **GRANTED**. The Clerk of Court is **DIRECTED** to terminate Don Meier and the office of the Federal Defender as counsel for Defendant in this matter. Given that the withdrawal comes on the eve of a change-of-plea hearing, it is requested that the withdrawing counsel take steps to deliver all relevant discovery and file materials to successor counsel as quickly as possible.

(2) Attorney Patrick J. Renn is **APPOINTED** as counsel for Defendant pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A.

(3) The change-of-plea hearing set for January 28, 2019, is **REMANDED** from the Court's docket.

(4) This matter is set for a status conference on **January 28, 2019, at 2:30 p.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

January 25, 2019

David J. Hale, Judge
United States District Court