UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:18-cr-157-DJH

DEVIN WOOLRIDGE, Defendant.

* * * * *

**MEMORANDUM OF CONFERENCE AND ORDER**

A status conference was held in this matter on January 28, 2019, with the following counsel participating:

For the United States: David Weiser

For Defendant: Pat Renn

The defendant was present. The Court and counsel discussed the procedural posture of the case. The parties agreed that a brief continuance was warranted in light of the recent change in defense counsel. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) This matter is set for a telephonic status conference on **February 12, 2019, at 1:30 p.m.** The Court will initiate the call. Participating counsel shall contact Judge Hale's Case Manager, Natalie Thompson, at nthompson@kywd.uscourts.gov with their preferred contact numbers no later than 5:00 p.m. on **February 11, 2019**. Counsel are advised that participation by cellular phone is not permitted.

(2) Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from January 28, 2019 to February 12,**

**2019 is excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The Court further finds that the ends of justice served by this delay outweigh the best interests of the public and the defendant in a speedy trial because failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

January 28, 2019

Court Time: 00/05
Court Reporter: Dena Legg

**David J. Hale, Judge**
**United States District Court**