UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                          Plaintiff,

v.                                                          Criminal Action No. 3:18-cr-157-DJH

DEVIN WOOLRIDGE,                                                          Defendant.

* * * * *

**MEMORANDUM OF HEARING AND ORDER**

This matter came before the Court for a change-of-plea hearing on February 27, 2019, with the following counsel participating:

      For the United States:      David Weiser

      For Defendant:      Patrick Renn

The defendant was present. Defense counsel moved to continue the hearing to allow further time for research regarding the defendant's criminal history. The parties agreed that the resulting delay would be excludable under the Speedy Trial Act. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)    The oral motion to continue is **GRANTED**. The change-of-plea hearing is **CONTINUED** to **March 28, 2019, at 10:30 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(2)    Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from February 27, 2019 to March 28, 2019 is excludable in computing the time within which the trial must commence under the Speedy Trial Act**. The Court further finds that the ends of justice served by granting the motion

1

for continuance outweigh the best interests of the public and the defendant in a speedy trial because failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

February 27, 2019

Court Time: 00/10
Court Reporter: Dena Legg

**David J. Hale, Judge**
**United States District Court**

2