THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                                              **PLAINTIFF**

**v.**                                                                        **CRIMINAL ACTION NO. 3:18-CR-157-DJH**
*Electronically Filed*

**DEVIN WOOLRIDGE**                                                       **DEFENDANT**

## SENTENCING MEMORANDUM

The United States respectfully requests a sentence of twenty-one (21) months of incarceration, followed by three years of supervised release, which represents the low end of the applicable Guideline range.

Despite his youth, the defendant already has a lengthy criminal history. Amongst other things, he has prior convictions for assaulting a police officer (DN 27, ¶ 28) and attempted escape. (DN 27, ¶ 31). Moreover, this is his second conviction for being a felon in possession of a firearm. (DN 27, ¶ 30).

A twenty-one (21) month sentence will satisfy the sentencing factors listed in Title 18, United States Code, Section 3553(a). For example, a twenty-one (21) month sentence reflects the seriousness of the offense, affords adequate deterrence, protects the public from the defendant's further crimes, and avoids unwarranted sentencing disparities.

For these reasons, pursuant to its obligation under paragraph nine of the plea agreement (DN 23), the United States requests that the Court sentence the defendant to twenty-one (21) months of incarceration, followed by three years of supervised release.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

s/*David Weiser*
David Weiser
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 625-7068
(502) 582-5067 (fax)
David.Weiser@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 1, 2019, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

s/*David Weiser*
David Weiser
Assistant United States Attorney

2