


UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                    Plaintiff,

v.                                            Criminal Action No. 3:18-cr-157-DJH

DEVIN WOOLRIDGE,                                            Defendant.

\* \* \* \* \*

### ACKNOWLEDGMENT OF WAIVER OF APPEAL RIGHTS

I hereby acknowledge that as a part of my plea agreement with the United States, I waived the right to appeal the sentence I just received from the Court.

July 8, 2019
Date

_____
Defendant's Signature