UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                               PLAINTIFF

v.                                                                      CRIMINAL ACTION NO. 3:18CR-157-DJH
                                                                                  *Electronically Filed*

DEVIN WOOLRIDGE                                                                       DEFENDANT

## NOTICE OF FILING

The United States, by counsel, Amy M. Sullivan, Assistant United States Attorney, hereby files the attached Declaration of Publication and Advertisement Certification Report in the above case.

                                      Respectfully submitted,

                                      MICHAEL A. BENNETT
                                      Acting United States Attorney

                                      s/*Amy M. Sullivan*
                                      Amy M. Sullivan
                                      Assistant United States Attorney
                                      717 West Broadway
                                      Louisville, Kentucky 40202
                                      (502) 582-5911
                                      (502) 582-5097 (fax)
                                      Amy.Sullivan@usdoj.gov