# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**v.**                                              **CRIMINAL NO. 3:18CR-00157-DJH**
*Electronically Filed*

**DEVIN WOOLRIDGE**                                              **DEFENDANT**

## MOTION FOR FINAL DECREE AND ORDER OF FORFEITURE

The United States moves this Court for a Final Decree and Order of Forfeiture, based upon the defendant's guilty plea to Count 1 of the Indictment and his agreement to forfeit the Rock Island Armory revolver, model 206, SN: RIA1635817.   A proposed Final Decree and Order of Forfeiture is submitted herewith.

                                                   Respectfully submitted,

                                                   MICHAEL A. BENNETT
                                                   ACTING UNITED STATES ATTORNEY

                                                   s/Amy M. Sullivan
                                                   Amy M. Sullivan
                                                   Assistant U.S. Attorney
                                                   717 W. Broadway
                                                   Louisville, Kentucky 40202
                                                   (502) 582-5911
                                                   (502) 582-5097
                                                   amy.sullivan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2021, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                                   s/ Amy M. Sullivan
                                                   Amy M. Sullivan
                                                   Assistant United States Attorney