# United States District Court
# Western District of Kentucky
# at Louisville

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CRIMINAL ACTION NUMBER: 3:18-CR-157-DJH |
| DEVIN WOOLRIDGE | DEFENDANT |

## ORDER

The above-styled case came before the Honorable Colin H. Lindsay, United States Magistrate Judge via video conference on September 13, 2021 for a preliminary revocation and detention hearing. The defendant appeared in custody from the Oldham County Detention Center. Aaron Dyke, appointed counsel, appeared on behalf of the defendant. Assistant United States Attorney David Weiser appeared on behalf of the United States. The proceeding was recorded by April Dowell, Official Court Reporter.

The defendant, through counsel, consented to proceed with hearing via video conference.

The defendant, through counsel, waived his right to a preliminary revocation and detention hearing. Accordingly, and for the reasons stated on the record,

**IT IS HEREBY ORDERED** that this matter is continued to **September 20, 2021, at 11:00 a.m.** in Louisville Courtroom, before the Honorable David J. Hale, United States District Judge.

**IT IS FURTHER ORDERED** that the defendant shall remain in custody of the United States Marshals Service pending further order of the Court.

September 15, 2021

Colin H Lindsay, Magistrate Judge
United States District Court

:10