**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**(Filed Electronically)**

**CRIMINAL ACTION NO. 3:18CR-157-DJH**
**UNITED STATES OF AMERICA,**                                                   **PLAINTIFF,**

**vs.**

**DEVIN WOOLRIDGE,**                                                              **DEFENDANT.**

**UNOPPOSED MOTION TO CONTINUE FINAL**
**REVOCATION HEARING**

Comes the Defendant, Devin Woolridge, and moves this Honorable Court to continue his final revocation date. In support, the defense notes the following:

Mr. Woolridge has pending charges in Jefferson District Court. These charges are listed as alleged violations of Mr. Woolridge's supervised release. His next court date in state court is December 1, 2021. The resolution of those charges could very well impact the Guideline Range in the instant case. Thus, the parties are in agreement to ask the Court to continue the final revocation hearing until after December 1, 2021.

The undersigned has been authorized by the United States to represent to the Court that it has no objection to the granting of this motion.

                                                   /s/ Patrick J. Bouldin
                                                   Assistant Federal Defender
                                                   200 Theatre Building
                                                   629 Fourth Avenue
                                                   Louisville, Kentucky 40202
                                                   (502) 584-0525

                                                   Counsel for Defendant.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

**CERTIFICATE**

    I hereby certify that on October 12, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to David Weiser, Assistant United States Attorney.

    s/ Patrick J. Bouldin

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808