**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**(Filed Electronically)**

**CRIMINAL ACTION NO. 3:18CR-157-DJH**
**UNITED STATES OF AMERICA,**                                             **PLAINTIFF,**

**vs.**

**DEVIN WOOLRIDGE,**                                                          **DEFENDANT.**

**<u>ORDER</u>**

The defendant having moved the Court to continue the final revocation herein; the United States having no objection; and the Court being otherwise sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that the final revocation hearing in this action be, and the same hereby is, continued to _____, 2021, at the hour of _____.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808