I would like a copy of my plea agreement, violation sentencing, Docket sheet and sentencing transcripts please and thank you

Devin Wooldridge
19545-033

FILED
JAMES J. VILT, JR. - CLERK
JUN 06 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

NAME Devin Woolridge
REG. NO. 19545-033 QTR. W/A
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 4000
MANCHESTER, KY 40962-4000

KNOXVILLE TN 377

3 JUN 2022   PM 2   L



**FILED**
JAMES J. VILT, JR. - CLERK

JUN 06 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

US Courthouse
601 West Broadway
Room 106
Louisville, Ky 40202

40202-224999