# United States District Court
# Western District of Kentucky
# at Louisville

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **CRIMINAL ACTION NUMBER: 3:18-CR-157-DJH** |
| **DEVIN WOOLRIDGE** | **DEFENDANT** |

## ORDER ON VIOLATION OF SUPERVISED RELEASE PETITION

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge on February 10, 2023 to conduct an initial appearance on a petition for violation of supervised release.

### APPEARANCES

| | |
|---|---|
| For the United States: | David R. Weiser, Assistant United States Attorney |
| For the defendant: | Defendant Devin Woolridge – Present and in custody |
| Court Reporter: | Digitally recorded |

At the initial appearance, the defendant acknowledged his identity, was advised of the allegations contained in the petition, and was advised of his rights. The Court questioned the defendant under oath and found him eligible for appointed counsel. The Office of the Federal Defender is appointed to represent the defendant in future proceedings.

The United States having moved for the detention of the defendant,

**IT IS HEREBY ORDERED** that a preliminary revocation hearing is scheduled for **February 13, 2023 at 3:00 p.m. via video conference** before the Honorable Regina S. Edwards, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendant shall be remanded to the custody of the United States Marshal pending further order of the Court.

This 13th day of February, 2023

ENTERED BY ORDER OF THE COURT:
REGINA S. EDWARDS
UNITED STATES MAGISTRATE JUDGE
JAMES J. VILT, JR., CLERK
BY: */s/ Ashley Henry* - Deputy Clerk

Copies: U.S. Attorney
U.S. Probation
Counsel for Defendant

0|10