# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                       **PLAINTIFF**

**VS.**                                      **CRIMINAL ACTION NUMBER: 3:18-CR-157-DJH**

**DEVIN WOOLRIDGE**                                                               **DEFENDANT**

## **ORDER**

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge, by video, on February 13, 2023 to conduct a combined preliminary revocation and detention hearing.

<u>APPEARANCES</u>

| | |
|---|---|
| For the United States: | David R. Weiser, Assistant United States Attorney |
| For the defendant: | Defendant Devin Woolridge – Present and in custody<br>Angela M. Rea, Assistant Federal Defender - Present |
| Court Reporter: | Digitally recorded |

The defendant, through counsel, having waived his right to a preliminary revocation hearing,

**IT IS HEREBY ORDERED** that this case is scheduled for a final revocation hearing on **February 16, 2023 at 11:00 a.m.** before the Honorable David J. Hale, United States District Judge.

As to the matter of detention, the defendant, through counsel, waived his right to a detention hearing at this time, however, reserved the right to request a hearing at a later date.

**IT IS FURTHER ORDERED** that the defendant shall remain in custody pending further order of the Court.

This 13th day of February, 2023      **ENTERED BY ORDER OF THE COURT:**
                                                                   **REGINA S. EDWARDS**
                                                                   **UNITED STATES MAGISTRATE JUDGE**
                                                                   **JAMES J. VILT, JR., CLERK**
                                                                   **BY:** */s/ Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
          U.S. Probation
          Counsel for Defendant

0|10