UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:18-cr-157-DJH

DEVIN WOOLRIDGE,     Defendant.

\* \* \* \* \*

## **ORDER**

Pursuant to Federal Rule of Criminal Procedure 36, the Court hereby gives notice that the revocation judgment entered February 16, 2023, in this matter (Docket No. 66) contains an incorrect USM number and will be corrected by an amended judgment that remains consistent in all other respects.

February 27, 2023

*[signature]*

David J. Hale, Judge
United States District Court

1