AO 245D (Rev. 02/18)  Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Kentucky

| UNITED STATES OF AMERICA | **Amended Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or **Supervised Release**) |
| Devin Woolridge | Case No.  3:18cr-157-DJH |
|  | USM No.  19545-033 |
|  | Don Meier |
|  | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)  Mandatory Conditions 1 and 3; Standard Conditions 2 and 7; and Special Conditions 14, 15, and 16  of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Unlawfully commit another federal, state or local crime | |
| 3 | Unlawful use of a controlled substance | |
| 2 | Failure to report to the United States Probation Office | |
| 7 | Failure to obtain employment | |
| 14 | Failure to participate in a substance abuse treatment program | |
| 15 | Failure to complete scheduled drug testing | |
| 16 | Failure to participate in a community-based mental health treatment program | |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  2905

Defendant's Year of Birth:  1994

City and State of Defendant's Residence: Louisville, KY

02/16/2023
Date of Imposition of Judgment

*/s/ David J. Hale*

David J. Hale, Judge
United States District Court
Name and Title of Judge

February 27, 2023
Date

Court Reporter: Dena Legg
Court Time:00/30

AO 245D (Rev. 02/18)   Judgment in a Criminal Case for Revocations
　　　　　　　　　　　Sheet 2— Imprisonment

Judgment — Page  2  of  2

DEFENDANT:            Woolridge, Devin
CASE NUMBER:      3:18cr-157-DJH

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of **12 months and 1 day**.

☒ The Court recommends to the Bureau of Prisons that the Defendant's medical condition be evaluated for appropriate placement.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　　☐ at _____ ☐ a.m. ☐ p.m. on _____ .

　　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　☐ before 2 p.m. on _____ .

　　☐ as notified by the United States Marshal.

　　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL