AO 245D (Rev. 02/18)   Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

**FILED**
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY
Date: May 01, 2023

Judgment — Page 2 of 2

DEFENDANT: Woolridge, Devin
CASE NUMBER: 3:18cr-157-DJH

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of **12 months and 1 day.**

☒ The Court recommends to the Bureau of Prisons that the Defendant's medical condition be evaluated for appropriate placement and programming.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on **04-24-2023** to **FCI Manchester** at **Manchester, KY** with a certified copy of this judgment.

Warden G. Swansy
~~UNITED STATES MARSHAL~~

By CSO E.Mills
~~DEPUTY UNITED STATES MARSHAL~~